IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

YAHYAA NIZAAM KELLY, et al.

      Plaintiff,

v.

THE CAPITAL POLICE,

      Defendant.

ORDER

Case No.  26-cv-404-jdp

Plaintiff Yahyaa Nizaam Kelly, an inmate in the custody of the Dane County Jail in Madison, Wisconsin, has filed a proposed civil complaint.  Plaintiff is an inmate and, therefore, subject to the 1996 Prisoner Litigation Reform Act.  Plaintiff has requested leave to proceed without prepayment of the filing fee and has submitted a single transaction statement to support this request.  The statement is not insufficient to determine whether plaintiff qualifies for indigent status because plaintiff has not submitted a *certified* copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.

For this case to proceed, plaintiff must submit a certified trust fund account statement no later than June 5, 2026.  If I find that plaintiff is indigent, I will calculate an initial partial payment of the $350 filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

1

ORDER

IT IS ORDERED that plaintiff Yahyaa Nizaam Kelly may have until June 5, 2026 to submit a certified trust fund account statement for the period beginning approximately November 30, 2025 and ending approximately April 30, 2026. If plaintiff fails to respond to this order by June 5, 2026, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be dismissed without prejudice to plaintiff filing at a later date.

Entered this 13th day of May, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge